# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

      VS                                   CASE NO.  3:99cr30-04RV

MYRON CUNNINGHAM

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on ___March 10, 2010_____

Motion/Pleadings: ___Motion to Amend Presentence Report_____

Filed by___Defendant_____ on _2/18/2010_____ Doc.#_____374_____

RESPONSES:

___None_____ on _____ Doc.#_____

_____ on _____ Doc.#_____

_____ Stipulated       _____ Joint Pldg.

_____ Unopposed      _____ Consented

                             WILLIAM M. McCOOL, CLERK OF COURT

_____              s/Jerry Marbut

LC (1 OR 2)             Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this_24th_____ day of*

*_March_____, 2010, that:*

*(a) The relief requested is DENIED.*

*(b) _____*

_____

_____

                  _/s/ *Roger Vinson*_____

                       *ROGER VINSON*

            *Senior United States District Judge*